UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| WILLIAM EDWARD HAAB<br>Plaintiff | : | CIVIL ACTION NO. 5:16-CV-01722 |
| Versus | : | |
| | : | JUDGE FOOTE |
| WILLIS-KNIGHTON MEDICAL CENTER<br>Defendant | : | MAGISTRATE JUDGE<br>KAREN L. HAYES |

### ORDER GRANTING JOINT MOTION TO DISMISS

After considering the Joint Motion to Dismiss; IT IS ORDERED that this case be dismissed with prejudice.

Monroe, Louisiana, this 19th day of September, 2017.

_____
MAGISTRATE JUDGE KAREN L. HAYES